

| | | |
|---|---|---|
| Tiwauna Lawrence/NED/08/USCOURTS | To | "Tom Hoarty" <thoarty@byamhoarty.com> |
| 08/15/2006 02:40 PM | cc | "Clerk of the U.S. District Court" <newcases.omaha@ned.uscourts.gov> |
| | bcc | |
| | Subject | Re: New Complaint |

Your case has been assigned to Judge Smith Camp and Magistrate Judge Gossett.  The Case number is 8:06cv545.  Your new case will be placed on the system during regular business hours in the order in which it was received.  Your summons will be sent to you via mail.

"Tom Hoarty" <thoarty@byamhoarty.com>



| | | |
|---|---|---|
| "Tom Hoarty" <thoarty@byamhoarty.com> | To | "Clerk of the U.S. District Court" <newcases.omaha@ned.uscourts.gov> |
| 08/15/2006 01:57 PM | cc | |
| | Subject | New Complaint |

Dear Sir or Madam:

Attached are the following documents, pdf. format:

1. Complaint and Jury Demand
2. Summons
3. Civil Cover Sheet

Please issue the Summons and mail back to us.  The filing fee is $350.00 and we await your telephone call for our credit card number.

Thank you.

Jill Combs, Legal Assistant to
Thomas F. Hoarty, Jr.
BYAM & HOARTY
317 American National Building
8990 West Dodge Road
Omaha, NE 68114

(402) 397-0303  COMPLAINT.pdf  Civil Cover Sheet.pdf  SUMMMONS.pdf