## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GABRIEL RODRIGUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV545** |
| vs. | ) | |
| | ) | **INITIAL** |
| **ALCAN GLOBAL PHARMACEUTICAL PACKAGING, INC.,** | ) | **PROGRESSION ORDER** |
| | ) | |
| **Defendant.** | ) | |

Upon review of the Report of Parties' Planning Conference [11],

**IT IS ORDERED** that the parties' stipulations regarding discovery and progression matters set forth in their planning report, not in conflict with the provisions of this order, are approved and adopted, as follows:

1. The parties' request for a 70-day stay (Filing 11 at ¶ 8) is granted upon the representation that the parties intend to hire a mediator or neutral person for mediation or negotiation. If settlement is not reached, the case will be rescheduled for trial preparation and trial.

2. Within five (5) business days following the completion of the parties' settlement meeting, plaintiff's counsel shall report to the Clerk of the Court, by letter, advising whether the case has been settled. Failure to so notify the court of the completion of the settlement meeting, with or without settlement, may result in the dismissal of this case without further notice pursuant to Fed. R. Civ. P. 41(b). Information about the substance of the parties' settlement agreement, if any, shall not be provided without their consent.

3. The Clerk shall bring this file to the attention of the undersigned after 90 days or when notified that the neutral's settlement involvement has been completed, whichever first occurs.

**DATED October 23, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**