IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GABRIEL RODRIGUEZ, | ) | Case No. 8:06cv545 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALCAN GLOBAL PHARMACEUTICAL PACKAGING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by correspondence from Christopher Hedican, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **February 9, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 9th day of January 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge