IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GABRIEL RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>ALCAN GLOBAL PHARMACEUTICAL PACKAGING, INC.,<br><br>      Defendant. | CASE NO. 8:06-cv-00545-LSC-FG3<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Defendant, Alcan Global Pharmaceutical Packaging, Inc., and Plaintiff, Gabriel Rodriguez, by and through their respective counsel, hereby stipulate and agree that the above-captioned lawsuit shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    WHEREFORE, the parties request that the Court dismiss the suit with prejudice, each party to bear their own costs and attorneys' fees.

    Dated this 16th day of February, 2007

ALCAN GLOBAL PHARMACEUTICAL
PACKAGING INC., Defendant,

By:  s/Christopher R. Hedican
       Christopher R. Hedican (NE# 19744)
of   BAIRD HOLM LLP
       1500 Woodmen Tower
       Omaha, NE  68102-2068
       Phone: 402-344-0500
       Fax: 402-344-0588
       Email: chedican@bairdholm.com

and

GABRIEL RODRIGUEZ, Plaintiff,

s/Daniel T. Hoarty
Daniel T. Hoarty (NE#23182)
BYAM & HOARTY
317 American National Bldg.
Omaha, NE  68114
Phone: 402-397-0303
dhoarty@byamhoarty.com

DOCS/775520.1