**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| GABRIEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ALCAN GLOBAL PHARMACEUTICAL PACKAGING, INC.,<br><br>    Defendant. | CASE NO. 8:06cv545<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

**IT IS ORDERED**:

1. The Joint Stipulation for Dismissal (Filing No. 17) is approved;

2. The Complaint is dismissed with prejudice; and

3. The parties shall bear their own costs and attorneys' fees.

Dated this 16th day of February, 2007.

                BY THE COURT:

                s/Laurie Smith Camp
                United States District Judge